THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN HARRIS BEDE-MORRELL,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | CASE NO. C13-1317-JCC<br><br>ORDER |

Having reviewed the record and the Report and Recommendation of United States Magistrate Judge John L. Weinberg, to which there has been no objection, the Court ORDERS as follows:

(1) The Court adopts the Report and Recommendation. (Dkt. No. 29.)

(2) The Court AFFIRMS the decision of the Commissioner and DISMISSES this action.

(3) The Clerk shall direct copies of this Order to counsel and to Judge Weinberg.

//
//
//
//

ORDER
PAGE - 1

DATED this 20th day of June 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE